**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group
File No.: 125865

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Sadowski,<br><br>Plaintiff,<br><br>v.<br><br>Santa Monica Observer Newspaper,<br><br>Defendant. | Case No. 2:25-cv-03248-AB-AGR<br><br>**DECLARATION OF CHRISTOPHER SADOWSKI IN SUPPORT OF PLAINITFF'S MOTION FOR DEFAULT JUDGMENT** |

CHRISTOPHER SADOWSKI, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury, as follows:

1. I am the plaintiff in the above-captioned matter. As such, I have personal knowledge of the facts set forth in this Declaration and would testify as to them in a court of law if required to do so.

2. I respectfully submit this declaration in support of Plaintiff's Motion for Default Final Judgment against defendant Santa Monica Observer Newspaper ("Defendant") pursuant to Fed. R. Civ. P. 55(b) and the Court's inherent power,

granting Plaintiff's default judgment against Defendant.

3. I am a professional photographer and I am the legal and rightful owner of photographs in which I transferred the rights to Plaintiff. Plaintiff licenses these photographs to online and print publications.

4. I have invested significant time and money in building our portfolio.

5. My photographs are original, creative works in which I own protectable copyright interests.

6. I have obtained active and valid copyright registrations from the United States Copyright Office (the "*USCO*") which cover many of my photographs while many others are the subject of pending copyright applications.

7. On September 4, 2010, I first authored a photograph of a portion of a cruise ship (the "*Photograph*"). *A screen grab of the Photograph is attached to the Complaint as Dkt. No. 1-1.*

8. The Photograph was originally published by the New York Post with my copyright credit at URL: https://nypost.com/2021/12/12/passengers-suspect-foul-play-after-woman-falls-overboard-carnival-cruise-ship/.

9. In creating the Photograph, I personally selected the subject matter, timing, lighting, angle, perspective, depth, lens and camera equipment to capture the image.

10. On December 31, 2021, the Photograph was registered by the USCO under Registration No. VA 2-228-279. *A copy of the certificate of copyright registration is attached hereto as Exhibit 1*.

11. Defendant owns and operates a website known as www.smobserved.com (the "*Website*").

12. On or about December 18, 2021, Defendant displayed the Photograph on the Website at URL: https://www.smobserved.com/story/2021/12/15/news/woman-overboard-

Case No.  2:25-cv-03248-AB-AGR         - 2 -
DECLARATION OF CHRISTOPHER SADOWSKI

oncarnival-cruise-ship-is-being-investigated-as-a-murder/6280.html (the "*Infringement*").

13. The Photograph was stored on the Website at URL: https://www.smobserved.com/home/cms_data/dfault/photos/stories/id/8/0/6280/.TEMP/s_topTEMP425x425-2047.jpeg.

14. I discovered the Infringement on April 16, 2022.

15. I did not give permission or authorization to Defendant to copy, store and/or display my copyright protected Photograph.

16. The Infringement is an exact copy of my original Photograph that was directly copied by Defendant on its Website.

17. Upon information and belief, the Photograph was willfully and volitionally posted to the Website by Defendant.

18. Upon information and belief, the Infringement increased traffic to the Website and, in turn, caused Defendant to realize an increase in its revenue.

19. Upon information and belief, Defendant has received a financial benefit directly attributable to the Infringement.

20. As a result of Defendant's misconduct, I have been substantially harmed.

21. I have also been substantially disadvantaged by Defendant's default in this case, as I have no information to establish the profits Defendant earned which are attributable or related to its theft and use of my Photograph. As a result, I am constrained to asking this Court for an award of statutory damages.

22. Attached is a Getty estimate for $2,570 for a similar image used in a similar manner in which Defendant used it.

23. Because Defendant's infringement was willful, I respectfully ask that the Court award of five (5) times the licensing fee, as a deterrent to Defendant and others who would steal our Photographs upon the belief that they would be required

to pay nothing more than the licensing fee, if and only if they are caught.

24. I declare under penalty of perjury of the laws of the State of California and of the United States of America that I have read this Declaration and that the foregoing is true and correct.

Executed this __ day of October 2025

_____
Christopher Sadowski

1
2
**DECLARATION OF CHRISTOPHER SADOWSKI**
**EXHIBIT 1 – REGISTRATION CERTIFICATE**

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.  2:25-cv-03248-AB-AGR
DECLARATION OF CHRISTOPHER SADOWSKI

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-288-279

**Effective Date of Registration:**
December 31, 2021
**Registration Decision Date:**
February 25, 2022

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: September 30, 2021 to December 30, 2021

**Title** _____

**Title of Group:** 2021-Q4 Photo Collection
**Number of Photographs in Group:** 375

- **Individual Photographs Published:** 080721nypdarmpatch15CS
  September 2021

- **Individual Photographs:** 011217fort27CS,
  040821emptystreets17CS,
  040821emptystreets20CS,
  040821emptystreets24CS,
  041718whatsapp5CS,
  042620nypdsubstation2CS,
  051421columbus7CS,
  051421subwayfacemask37CS,
  052021carriagehorse7CS,
  052921consumerspending1CS,
  053121covidvaccinecard2CS,
  060619fdrdrive8CS,
  061820criminalcourt6CS,
  061820criminalcourt17CS,
  061821amazonprime7CS,
  062219taxis5CS,
  062520outdoordining1CS,
  062520outdoordining8CS,
  071218metronorth32CS,
  072419precinct7CS,
  080620lirr5CS,
  080620trainseats4CS,
  080721nypdarmpatch24CS,
  081317bwb19CS,
  081317nabisco1CS,
  081419tollplaza6CS,
  081921catalytic2CS,
  090221stabbing3CS,
  090420fourtimessquare1CS,
  091521shooting16CS,

Page 1 of 9

|   |   |
|---|---|
|   | 091521shooting25CS, 091521shooting26CS, 091521studentmask3CS, 091521studentmask6CS, 091721carminesvax17CS, 092321cruiseships5CS, 092921party3CS, 092921party6CS, 092921party9CS, 093021helpwanted3CS, 100321crash3CS, 100321crash6CS, 100321crash8CS, 100321shooting5CS, 100520stimulus4CS, 100621doubleshooting8CS, 100621doubleshooting9CS, 100621doubleshooting15CS, 100621doubleshooting17CS, 100721bicycliststruck7CS |
| **Published:** | October 2021 |
| • **Individual Photographs:** | 100721bicycliststruck9CS, 100721party1CS, 100721party12CS, 100821fire1CS, 100821fire3CS, 100921employment2CS, 100921interview3CS, 101021kardashian1CS, 101121nowhiring8CS, 101321immigrants1CS, 101321immigrants2CS, 101321immigrants3CS, 101321immigrants4CS, 101321immigrants5CS, 101321immigrants6CS, 101321immigrants7CS, 101321immigrants8CS, 101321immigrants9CS, 101321immigrants10CS, 101321immigrants11CS, 101321immigrants12CS, 101321immigrants13CS, 101321immigrants14CS, 101321immigrants15CS, 101321immigrants16CS, 101321immigrants17CS, 101321immigrants18CS, 101321immigrants19CS, 101321immigrants20CS, 101321immigrants21CS, 101321immigrants22CS, 101321immigrants23CS, 101321immigrants24CS, 101321immigrants25CS, 101321immigrants26CS, 101321immigrants27CS, |



|  |  |
|---|---|
|  | 101321immigrants28CS,<br>101321immigrants29CS,<br>101321immigrants30CS,<br>101321immigrants31CS,<br>101321immigrants32CS,<br>101321immigrants33CS,<br>101321immigrants34CS,<br>101321immigrants35CS,<br>101321immigrants36CS,<br>101321immigrants37CS,<br>101321immigrants38CS,<br>101321immigrants39CS,<br>101321immigrants40CS,<br>101321immigrants41CS |
| **Published:** | October 2021 |
| • **Individual Photographs:** | 101421immigrants1CS,<br>101421immigrants2CS,<br>101421immigrants3CS,<br>101421immigrants4CS,<br>101421immigrants5CS,<br>101421immigrants6CS,<br>101421immigrants7CS,<br>101421immigrants8CS,<br>101421immigrants9CS,<br>101421immigrants10CS,<br>101421immigrants11CS,<br>101421immigrants12CS,<br>101421immigrants13CS,<br>101421immigrants14CS,<br>101421immigrants15CS,<br>101421immigrants16CS,<br>101421immigrants17CS,<br>101421immigrants18CS,<br>101421immigrants19CS,<br>101421immigrants20CS,<br>101421immigrants21CS,<br>101421immigrants22CS,<br>101421immigrants23CS,<br>101421immigrants24CS,<br>101421immigrants25CS,<br>101421immigrants26CS,<br>101421immigrants27CS,<br>101421immigrants28CS,<br>101421immigrants29CS,<br>101421immigrants30CS,<br>101421immigrants31CS,<br>101421immigrants32CS,<br>101421immigrants33CS,<br>101421immigrants34CS,<br>101421immigrants35CS,<br>101421immigrants36CS,<br>101421immigrants37CS,<br>101421immigrants38CS,<br>101421immigrants39CS,<br>101421immigrants40CS,<br>101421immigrants41CS,<br>101421immigrants42CS, |

|  |  |
|---|---|
|  | 101421immigrants43CS,<br>101421immigrants44CS,<br>101521immigrants1CS,<br>101521immigrants2CS,<br>101521immigrants3CS,<br>101521immigrants4CS,<br>101521immigrants5CS,<br>101521immigrants6CS |
| **Published:** | October 2021 |
| • **Individual Photographs:** | 101521immigrants7CS,<br>101521immigrants8CS,<br>101521immigrants9CS,<br>101521immigrants10CS,<br>101521immigrants11CS,<br>101521immigrants12CS,<br>101521immigrants13CS,<br>101521immigrants14CS,<br>101521immigrants15CS,<br>101521immigrants16CS,<br>101521immigrants17CS,<br>101521immigrants18CS,<br>101521immigrants19CS,<br>101521immigrants20CS,<br>101521immigrants21CS,<br>101521immigrants22CS,<br>101521immigrants23CS,<br>101521immigrants24CS,<br>101521immigrants25CS,<br>101521immigrants26CS,<br>101521immigrants27CS,<br>101521immigrants28CS,<br>101521immigrants29CS,<br>101521immigrants30CS,<br>101521immigrants31CS,<br>101521immigrants32CS,<br>101521immigrants33CS,<br>101521immigrants34CS,<br>101521immigrants35CS,<br>101521immigrants36CS,<br>101521immigrants37CS,<br>101521immigrants38CS,<br>101521immigrants39CS,<br>101521immigrants40CS,<br>101521immigrants41CS,<br>101521immigrants42CS,<br>101521immigrants43CS,<br>101521immigrants44CS,<br>101521immigrants45CS,<br>101521immigrants46CS,<br>101621wedding60CS,<br>101621wedding63CS,<br>101621wedding76CS,<br>101621wedding77CS,<br>101621wedding78CS,<br>102321pcti9CS,<br>102821ciattarelli20CS,<br>110520embrace3CS, |



|  |  |
|---|---|
|  | 111919uscourthouse36CS, |
|  | 121020outdoordining10CS |
| **Published:** | October 2021 |
| • **Individual Photographs:** | 010510arenas13CS, |

012419lirr5CS,
020820pressconference39CS,
032321homedepot2CS,
032918fedexups4CS,
040518uft9CS,
041821amazonprime1CS,
042719westsideyard2CS,
052020highwaypatrol7CS,
060221apartments4CS,
061221vaccinecard2CS,
061319construction7CS,
071218metronorth34CS,
071317bus43CS,
071620shooting10CS,
071707_Steakhouse_6CS,
080919lottery10CS,
082121doubleshooting4CS,
090216barclays6CS,
090321apartments5CS,
091721undercontract13CS,
102321gasprices2CS,
102321gasprices9CS,
102421nowhiring7CS,
102421nowhiring9CS,
102821ciattarelli31CS,
110219jerseycity4CS,
110521apartment1CS,
110521fatalfire2CS,
110621fatalshooting5CS,
110621fatalshooting11CS,
110621fatalshooting20CS,
110621fatalshooting28CS,
111021baldwin4CS,
111021baldwin8CS,
111021baldwin12CS,
111021baldwin14CS,
111021fire1CS,
111021fire6CS,
111021fire7CS,
111321christmastree17CS,
111721multishooting1CS,
111721multishooting2CS,
111721multishooting3CS,
111721multishooting4CS,
111721subwaystabbing1CS,
111721subwaystabbing7CS,
111821bergdorf14CS,
111821bergdorf15CS,
111821bergdorf48CS,
111821bergdorf75CS,
111821cashman1CS,
111821cashman10CS,
111919supremecourt8CS,

|   |   |
|---|---|
|   | 111921fire9CS,<br>111921fire10CS,<br>111921fire17CS,<br>111921fire20CS,<br>111921fire26CS,<br>111921fire31CS,<br>112121gasprices7CS,<br>112121stabbing1CS,<br>112121stabbing3CS,<br>112121stabbing6CS,<br>112121stabbing10CS,<br>112121stabbing12CS,<br>112121stabbing13CS,<br>112121stabbing16CS,<br>112121stabbing38CS,<br>112220fire2CS,<br>112220fire9CS,<br>112421copshot37CS,<br>112421copshot38CS,<br>112421copshot39CS,<br>112421copshot40CS,<br>112621sondheim1CS,<br>112621sondheim4CS,<br>112621sondheim8CS |
| **Published:** | November 2021 |
| • **Individual Photographs:** | 011217beach1CS,<br>030321construction2CS,<br>040821emptystreets1CS,<br>040821homeless1CS,<br>041521infrastructure1CS,<br>042220nycskyline39CS,<br>042918burgerking3CS,<br>043020skyline7CS,<br>051420trucks8CS,<br>051920stimuluscheck29CS,<br>062118southwest3CS,<br>062219garbagetruck4CS,<br>070921apartment2CS,<br>071217subway17CS,<br>083018nycha2CS,<br>090410miracle4CS,<br>090812train5CS,<br>091521shooting28CS,<br>100520money6CS,<br>100817sculpture1CS,<br>101021kardashian15CS,<br>101417stop3CS,<br>102118schoolbus24CS,<br>111821cashman2CS,<br>111821cashman6CS,<br>111821cashman12CS,<br>112121stabbing11CS,<br>112121stabbing41CS,<br>120121inflation8CS,<br>120221stabbingspree1CS,<br>120221stabbingspree2CS,<br>120221stabbingspree3CS, |



|  |  |
|---|---|
|  | 120221stabbingspree4CS,<br>120221stabbingspree5CS,<br>120221stabbingspree6CS,<br>120221stabbingspree7CS,<br>120221stabbingspree8CS,<br>120221stabbingspree9CS,<br>120221stabbingspree10CS,<br>120221stabbingspree11CS,<br>120221stabbingspree12CS,<br>120221stabbingspree13CS,<br>120221stabbingspree14CS,<br>120221stabbingspree15CS,<br>120221stabbingspree16CS,<br>120221stabbingspree17CS,<br>120221stabbingspree18CS,<br>120221stabbingspree19CS,<br>120221stabbingspree20CS,<br>120221stabbingspree21CS |
| **Published:** | December 2021 |
| • **Individual Photographs:** | 120221stabbingspree22CS,<br>120221stabbingspree23CS,<br>120221stabbingspree24CS,<br>120221stabbingspree25CS,<br>120221stabbingspree26CS,<br>120221stabbingspree27CS,<br>120221stabbingspree28CS,<br>120221stabbingspree29CS,<br>120221stabbingspree30CS,<br>120221stabbingspree31CS,<br>120221stabbingspree32CS,<br>120221stabbingspree33CS,<br>120221stabbingspree34CS,<br>120221stabbingspree35CS,<br>120321pinkney1CS,<br>120321pinkney5CS,<br>120321pinkney7CS,<br>120321pinkney9CS,<br>120321pinkney11CS,<br>120321pinkney16CS,<br>120321pinkney28CS,<br>120421shooting3CS,<br>120421shooting16CS,<br>120421shooting17CS,<br>120421subwayshooting1CS,<br>120421subwayshooting8CS,<br>120421subwayshooting15CS,<br>120821shotsfired4CS,<br>120821shotsfired5CS,<br>120821shotsfired12CS,<br>121121shooting4CS,<br>121121shooting18CS,<br>121621baldwin3CS,<br>121721mandates9CS,<br>121721mandates12CS,<br>121721mandates17CS,<br>122119districtattorney5CS,<br>122121covidtest3CS, |

```
                        122121covidtest9CS,
                        122221covidrestaurant5CS,
                        122221covidrestaurant9CS,
                        122221covidrestaurant14CS,
                        122221covidrestaurant20CS,
                        122221shooting4CS,
                        122221shooting8CS,
                        122921elfonshelf9CS
         Published:     December 2021
```

## Completion/Publication

|                                      |                    |
|--------------------------------------|--------------------|
| Year of Completion:                  | 2021               |
| Earliest Publication Date in Group:  | September 30, 2021 |
| Latest Publication Date in Group:    | December 30, 2021  |
| Nation of First Publication:         | United States      |

## Author

|                      |                     |
|----------------------|---------------------|
| • Author:            | Christopher Sadowski|
| Author Created:      | photographs         |
| Work made for hire:  | No                  |
| Citizen of:          | United States       |
| Domiciled in:        | United States       |
| Year Born:           | 1982                |

## Copyright Claimant

Copyright Claimant: Christopher Sadowski
96 9th Avenue, Hawthorne, NJ, 07506, United States

## Rights and Permissions

|             |                                      |
|-------------|--------------------------------------|
| Name:       | Christopher Sadowski                 |
| Email:      | csnyphoto@gmail.com                  |
| Telephone:  | (973)650-5382                        |
| Address:    | 96 9th Avenue                        |
|             | Hawthorne, NJ 07506 United States    |

## Certification

|        |                       |
|--------|-----------------------|
| Name:  | Christopher Sadowski  |
| Date:  | December 31, 2021     |

Copyright Office notes: Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.



Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

<tt>
</tt>
# DECLARATION OF CHRISTOPHER SADOWSKI
# EXHIBIT 2 – LICENSE




Case No. 2:25-cv-03248-AB-AGR
DECLARATION OF CHRISTOPHER SADOWSKI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.  2:25-cv-03248-AB-AGR

DECLARATION OF CHRISTOPHER SADOWSKI